LUANNE SACKS (Bar No. 120811)
GEORGE GIGOUNAS (Bar No. 209334)
**DLA PIPER LLP (US)**
555 Mission Street
Suite 2400
San Francisco, California 94105
Telephone 415-836-2500
Facsimile 415-836-2501

ADEEL A. MANGI  (admitted *pro hac vice*)
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, New York 10036
Telephone 212-336-2000
Facsimile 212-336-2222
*Attorneys for CoStar Group, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| COSTAR GROUP, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>LOOPNET, INC.,<br><br>Defendant and Counterclaim Plaintiff. | Case No.:  CV 0980125 MISC<br><br>*Underlying Action (Pending in Southern District of New York)*<br>Civil Action No. 08-CV 1156 (GDB)<br><br>**REQUEST FOR TELEPHONIC APPEARANCE OF NEW YORK COUNSEL AT HEARING ON MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS**<br><br>Date:        August 5, 2009<br>Time:        9:30 a.m.<br>Department: Courtroom F, 15th Floor<br>Judge:       Chief Magistrate Judge James Larson |

Plaintiff CoStar Group, Inc. ("CoStar") respectfully requests that one of its counsel in the underlying action pending in the Southern District of New York, Adeel A. Mangi, be permitted to appear by telephone at the August 5, 2009 hearing of this Motion to Compel Compliance with Subpoenas. Mr. Mangi is admitted *pro hac vice* to appear before this Court in this matter, and has been involved in the meet and confer sessions and briefing.

*CoStar's local counsel for this matter, George J. Gigounas, will also appear in person at the hearing.*

Mr. Mangi's telephonic appearance will aid the Court and the parties at hearing, through his personal knowledge of the underlying action, related issues, and dealings with the subpoenaed third parties and their counsel in this matter.

Mr. Mangi's direct office telephone number is:

**212-336-2563.**

Respectfully submitted,

Dated: July 31, 2009               **PATTERSON BELKNAP WEBB & TYLER LLP**

By _____/s/_____
ADEEL A. MANGI
Attorney for Plaintiff and Counterclaim
Defendant COSTAR GROUP, INC.

July 31, 2009

IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

REQUEST FOR TELEPHONIC APPEARANCE OF NEW YORK COUNSEL
WEST\21760155.1